**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:15-BK-53073 |
| | § | |
| GEORGE THOMAS CONTRACTOR, INC. | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Clyde C. Hardesty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $41,130.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $7,936.63 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $43,982.47 | | |

3) Total gross receipts of $51,919.10 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $51,919.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $43,982.47 | $43,982.47 | $43,982.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,035.82 | $53,715.42 | $50,319.53 | $7,936.63 |
| General Unsecured Claims (from **Exhibit 7**) | $747,975.11 | $485,145.58 | $444,765.90 | $0.00 |
| **Total Disbursements** | $763,010.93 | $582,843.47 | $539,067.90 | $51,919.10 |

4). This case was originally filed under chapter 7 on 05/08/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2017                 By:   /s/ Clyde C. Hardesty
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable (Including Mechanics Liens) In Debtor's Possession | 1121-000 | $11,517.98 |
| 2003 Ford F-250 Superduty Pickup (Free & Clear) 140k Miles (Not Road Worthy) In Debtor's Possession | 1129-000 | $1,500.00 |
| Chase Bank-Checking In Debtor's Possession | 1129-000 | $128.83 |
| Office Equipment & Supplies (Replacement Cost) In Debtor's Possession | 1129-000 | $3,500.00 |
| 2003 ToolCat, and hauling trailer. | 1229-000 | $22,100.00 |
| Foreclosure Proceeds. Woods Cove III VS. Felix Martinez ET AL | 1229-000 | $9,016.76 |
| Insurance Company Anthem refund to Company. | 1229-000 | $3,052.51 |
| Insurance Proceeds. | 1229-000 | $1,103.02 |
| **TOTAL GROSS RECEIPTS** | | $51,919.10 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clyde C. Hardesty, Trustee | 2100-000 | NA | $5,845.96 | $5,845.96 | $5,845.96 |
| Clyde C. Hardesty, Trustee | 2200-000 | NA | $422.24 | $422.24 | $422.24 |
| Tim Reed | 2420-000 | NA | $250.00 | $250.00 | $250.00 |
| Pinnacle Bank | 2600-000 | NA | $867.30 | $867.30 | $867.30 |
| Kegler,Brown, Hill & Ritter, Attorney for Trustee | 3210-000 | NA | $29,553.00 | $29,553.00 | $29,553.00 |
| Nancy Willis, Special Counsel for Trustee | 3210-600 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Kegler,Brown, Hill & Ritter, Attorney for Trustee | 3220-000 | NA | $1,171.43 | $1,171.43 | $1,171.43 |
| Nancy Willis, Special Counsel for Trustee | 3220-610 | NA | $22.54 | $22.54 | $22.54 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Tony Hoskinson, Accountant for Trustee | 3410-000 | NA | $1,850.00 | $1,850.00 | $1,850.00 |
| Tony W. Hoskinson CPA, Accountant for Trustee | 3410-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $43,982.47 | $43,982.47 | $43,982.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Internal Revenue Service | 5800-000 | $0.00 | $12,972.44 | $12,972.44 | $1,395.88 |
| 22 | Regional Income Tax Agency | 5800-000 | $0.00 | $314.66 | $314.66 | $33.86 |
| 27 | Ohio Department of Job & Family Services | 5800-000 | $0.00 | $7,231.20 | $7,231.20 | $778.11 |
| 34 | Scott Bergstrom | 5300-000 | $0.00 | $6,293.97 | $2,898.08 | $2,229.17 |
| 37 | Ohio Department of Taxation | 5800-000 | $0.00 | $2,700.95 | $2,700.95 | $290.63 |
| 40 | Ohio Bureau of Workers' Compensation | 5800-000 | $0.00 | $23,605.74 | $23,605.74 | $2,540.07 |
| | City of Columbus | 5300-000 | $420.84 | $0.00 | $0.00 | $72.45 |
| | IRS | 5300-000 | $0.00 | $280.39 | $280.39 | $280.39 |
| | IRS | 5300-000 | $0.00 | $179.68 | $179.68 | $179.68 |
| | IRS | 5300-000 | $0.00 | $42.02 | $42.02 | $42.02 |
| | State of Ohio | 5300-000 | $414.98 | $94.37 | $94.37 | $94.37 |
| | Bureau of Workers Compensation | 5800-000 | $14,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,035.82 | $53,715.42 | $50,319.53 | $7,936.63 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CMS Enterprises, Inc. dba Servicemaster by Marshal | 7100-000 | $48,927.16 | $28,130.87 | $28,130.87 | $0.00 |
| 2 | Hina Enviromental | 7100-000 | $1,230.00 | $1,230.00 | $1,230.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Solutions, Inc. |  |  |  |  |  |
| 3 | CRI Digital | 7100-000 | $1,684.77 | $1,684.17 | $1,684.17 | $0.00 |
| 4 | Columbus Door Sales | 7100-000 | $4,345.00 | $4,345.00 | $4,345.00 | $0.00 |
| 5 | Edwards/Mooney & Moses | 7100-000 | $8,400.00 | $8,400.00 | $8,400.00 | $0.00 |
| 6 | Jackson LawnCare | 7100-000 | $1,142.19 | $1,142.19 | $1,142.19 | $0.00 |
| 7 | Plumbing Solutions, Inc. | 7100-000 | $4,850.40 | $2,306.40 | $2,306.40 | $0.00 |
| 8 | Fairfield Insulation & Drywall Inc. | 7100-000 | $1,016.00 | $1,094.52 | $1,094.52 | $0.00 |
| 9 | Waibel Electric Company Inc | 7100-000 | $1,936.00 | $1,936.00 | $1,936.00 | $0.00 |
| 10 | City of Columbus Treasuer | 7100-000 | $420.84 | $420.84 | $420.84 | $0.00 |
| 11 | Best Supply, Inc. | 7100-000 | $2,244.87 | $2,282.37 | $2,282.37 | $0.00 |
| 12 | Spooner, Incorporated | 7100-000 | $1,000.00 | $1,250.00 | $1,250.00 | $0.00 |
| 13 | The Carter -Jones Lumber Co. | 7100-000 | $29,545.58 | $32,660.35 | $32,660.35 | $0.00 |
| 14 | Windsor Construction Services | 7100-000 | $28,521.00 | $25,521.00 | $25,521.00 | $0.00 |
| 15 | Gutters Unlimited Of Central Ohio Inc | 7100-000 | $1,298.95 | $1,428.95 | $1,428.95 | $0.00 |
| 16a | Internal Revenue Service | 7100-000 | $0.00 | $29.60 | $29.60 | $0.00 |
| 17 | Tony W Hoskinson CPA | 7100-000 | $2,975.00 | $1,547.50 | $1,547.50 | $0.00 |
| 18 | Gary J Galbreath | 7100-000 | $0.00 | $42,175.33 | $42,175.33 | $0.00 |
| 19 | Diversified Labor Support, LLC | 7100-000 | $34,432.71 | $35,573.87 | $35,573.87 | $0.00 |
| 20 | Prim Painting LTD | 7100-000 | $6,900.00 | $6,900.00 | $6,900.00 | $0.00 |
| 21 | Speedway | 7100-000 | $303.45 | $559.56 | $559.56 | $0.00 |
| 23 | Ralph Rhodes Masonry Inc | 7100-000 | $22,083.00 | $22,083.00 | $22,083.00 | $0.00 |
| 24 | Builders Heating & Cooling Inc. | 7100-000 | $23,224.00 | $21,150.16 | $21,150.16 | $0.00 |
| 25 | CleanTurn International LLC | 7100-000 | $8,184.38 | $8,184.38 | $8,184.38 | $0.00 |
| 26 | Geiger Brothers Mechanical Contractors Inc | 7100-000 | $22,000.00 | $22,000.00 | $22,000.00 | $0.00 |
| 28 | The Ohio Valley Bank Company | 7100-000 | $12,000.00 | $7,303.25 | $7,303.25 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | The Ohio Valley Bank Company | 7100-000 | $12,000.00 | $2,437.72 | $2,437.72 | $0.00 |
| 30 | The Ohio Valley Bank Company | 7100-000 | $12,000.00 | $2,343.07 | $2,343.07 | $0.00 |
| 31 | Righter Plumbing Inc | 7100-000 | $29,060.70 | $32,949.70 | $32,949.70 | $0.00 |
| 32 | North Creek Construction | 7100-000 | $6,299.88 | $5,895.66 | $5,895.66 | $0.00 |
| 33 | Timothy G Crowley Esq | 7100-000 | $1,715.94 | $1,947.43 | $1,947.43 | $0.00 |
| 35 | Edward M. Saraniero and Pamela J. Saraniero | 7100-000 | $0.00 | $40,379.68 | $0.00 | $0.00 |
| 36 | Thomas Fenner Woods Agency Inc | 7100-000 | $35,091.00 | $33,333.00 | $33,333.00 | $0.00 |
| 37a | Ohio Department of Taxation | 7100-000 | $0.00 | $896.11 | $896.11 | $0.00 |
| 38 | Efficient Electric Corp. | 7100-000 | $80,528.54 | $76,905.29 | $76,905.29 | $0.00 |
| 39 | Randy and Deborah York | 7200-000 | $1,936.00 | $4,782.61 | $4,782.61 | $0.00 |
| 41 | Waibel Electric Company Inc | 7200-000 | $1,936.00 | $1,936.00 | $1,936.00 | $0.00 |
| | Aeroteck Electrical Service | 7100-000 | $495.00 | $0.00 | $0.00 | $0.00 |
| | Albany Club Apartments | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $1,397.42 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $9,700.00 | $0.00 | $0.00 | $0.00 |
| | American Hauling & Dumpster Rental | 7100-000 | $3,525.00 | $0.00 | $0.00 | $0.00 |
| | Andrea Silines | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Andrea Simpson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Annette Anderson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anthem Blue Cross | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| | Anthony Penn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aries Court Apartments | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $185.72 | $0.00 | $0.00 | $0.00 |
| | Attorney Gregory D Wooldridge | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aveda | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Balaganthan Somakandan | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Baldwin Construction | 7100-000 | $9,295.41 | $0.00 | $0.00 | $0.00 |
| Beth Mellen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Better Business Bureau of Central | 7100-000 | $355.00 | $0.00 | $0.00 | $0.00 |
| Betty Burley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Betty Slotnick | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bill Bear | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bobcat Enterprises, Inc. | 7100-000 | $87.21 | $0.00 | $0.00 | $0.00 |
| Brad & Barbara Harshaw | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brenetta Geiger | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brent Granger | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bruce Yantis | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
| Buckeye Exterior Services LLC | 7100-000 | $12,220.00 | $0.00 | $0.00 | $0.00 |
| Byron Pliler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Canal Service Corp. | 7100-000 | $312.48 | $0.00 | $0.00 | $0.00 |
| Capital One Commerical | 7100-000 | $2,766.58 | $0.00 | $0.00 | $0.00 |
| Carlene Hawkins | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Carolyn Brewer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cartridge World | 7100-000 | $545.52 | $0.00 | $0.00 | $0.00 |
| Central Ohio Concrete Cutting, Inc. | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| Charles Wiley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank | 7100-000 | $9,800.00 | $0.00 | $0.00 | $0.00 |
| Cheryl Huckaba | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Christina Jackson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Christine Pinney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Hilliard | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas of Ohio Inc. | 7100-000 | $1,211.31 | $0.00 | $0.00 | $0.00 |
| Columbus Engineering | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Community Housing Network | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Continental Message Solutions, Inc. | 7100-000 | $142.80 | $0.00 | $0.00 | $0.00 |
| Cove at Cooper Lakes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Crawford Contractor | 7100-000 | $1,185.05 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Connection | | | | | |
| Dale Houston | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dale Seif, Jr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dan Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Gardner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Mullins | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Ritter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Davis Bradley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deluxe Door Systems, Inc. | 7100-000 | $1,649.00 | $0.00 | $0.00 | $0.00 |
| Denver Lightner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Diann Bolander | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Donald Adair | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Donald Sorensen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Donna Decker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Donna Grove | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Donna Harper | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Douglas U. Pleitez | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| E.C. Supply, Inc. | 7100-000 | $86.00 | $0.00 | $0.00 | $0.00 |
| Elizabeth Law | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Emerson Mayer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Energy Tech Solutions, Inc. | 7100-000 | $782.15 | $0.00 | $0.00 | $0.00 |
| Eric Hauter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Eric Thomas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fox Mechanical, Co. | 7100-000 | $2,455.25 | $0.00 | $0.00 | $0.00 |
| FYDA Freightliner Columbus, Inc. | 7100-000 | $6.30 | $0.00 | $0.00 | $0.00 |
| G.G.C. Wholesale Carpets | 7100-000 | $42,047.60 | $0.00 | $0.00 | $0.00 |
| Geneva Condit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ginny Young | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Grave Fence Company | 7100-000 | $3,684.03 | $0.00 | $0.00 | $0.00 |
| Gus & Leanna Maschmann | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gutters Unlimited | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Harold Rogers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Harry Suehr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Heather Kamann | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Helen Gillispie | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Herschel Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Hojjait Adeli | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Holtz Electric, LLC | 7100-000 | $1,875.00 | $0.00 | $0.00 | $0.00 |
| Home Depot Credit Services | 7100-000 | $87,516.68 | $0.00 | $0.00 | $0.00 |
| Homestead Floors, Inc. | 7100-000 | $661.50 | $0.00 | $0.00 | $0.00 |
| Interior Surfaces, Inc. | 7100-000 | $1,900.18 | $0.00 | $0.00 | $0.00 |
| Irene & James Wamack | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ithel Slack | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jack & Marcia Conley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jagdish Davda | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James Berry | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James Peters | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James Shoots | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jane Tweedy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Janet Popa | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jean Hildenbrand | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeff & Tina Wallace | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeff Hicks | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jennifer Sowash | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| John A VanPaepeghem, Jr. | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| John Petzinger | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joseph Finan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joseph Tinnes | 7100-000 | $1,265.00 | $0.00 | $0.00 | $0.00 |
| Joyce Starr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kandalia Delaney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Karen Ferguson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Katherine Harvey | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Little Blessing Acadmey | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Local Waste Services | 7100-000 | $1,168.18 | $0.00 | $0.00 | $0.00 |
| Lolita Perryman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Luke Heider | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macmed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Marilyn Graham | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Marjory Barnes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mark Shaw | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Martin Bradshaw | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Martin Fenlon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mary Lane | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Massachusetts Mutual Life Insurnace | 7100-000 | $3,609.31 | $0.00 | $0.00 | $0.00 |
| Matheson Tri-Gas Inc. | 7100-000 | $1,337.66 | $0.00 | $0.00 | $0.00 |
| Matthew Bennett | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| McCarty Associates, LLC | 7100-000 | $2,800.00 | $0.00 | $0.00 | $0.00 |
| Meredith Merz | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Perkins | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Wieland | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mid Ohio Hearth Products | 7100-000 | $2,634.05 | $0.00 | $0.00 | $0.00 |
| Mike & Bonnie McCann | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Miracle Method of Columbus | 7100-000 | $895.50 | $0.00 | $0.00 | $0.00 |
| Moble Mini, Inc. | 7100-000 | $135.91 | $0.00 | $0.00 | $0.00 |
| Mount Carmel Occupational Health | 7100-000 | $185.00 | $0.00 | $0.00 | $0.00 |
| Mourad Beddar | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| My Heating & Cooling Co. | 7100-000 | $1,339.00 | $0.00 | $0.00 | $0.00 |
| Nam Le | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| North Central Insulation, Inc. | 7100-000 | $695.00 | $0.00 | $0.00 | $0.00 |
| Oakhaven Condo Association | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ohio Moblie Shredding | 7100-000 | $53.65 | $0.00 | $0.00 | $0.00 |
| Outtasite Resouces | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Paetec | 7100-000 | $26.56 | $0.00 | $0.00 | $0.00 |
| Pam Loch | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patricia Harris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patricia Lowery | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul & Debbie Arn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul Chambers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul Melcher | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul Mueller | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul Stang | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Penny Murray | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pickaway Drywall | 7100-000 | $4,550.00 | $0.00 | $0.00 | $0.00 |
| Pike County Treasurer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PPG Architectural Finishes | 7100-000 | $6,737.45 | $0.00 | $0.00 | $0.00 |
| Pringles Inc. | 7100-000 | $417.25 | $0.00 | $0.00 | $0.00 |
| Professional Medical Evaluations | 7100-000 | $1,055.10 | $0.00 | $0.00 | $0.00 |
| R2 Properties LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Raj Patel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ralph Luffler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ray Eckles | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Refreshing Touch Painting, Inc. | 7100-000 | $12,539.20 | $0.00 | $0.00 | $0.00 |
| Rhoda Carse | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Richard Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Righter Plumbing, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rite Rug Company Inc. | 7100-000 | $4,284.15 | $0.00 | $0.00 | $0.00 |
| River Park Towers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Cunningham | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Hanson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Metzker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Roberth Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ron O'Brien | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ronald Kramer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ronnie Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rose Weyland | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Roy & Kathy Lydic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rumpke | 7100-000 | $4,489.32 | $0.00 | $0.00 | $0.00 |
| Ry Chan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ryan Coffman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Safway Services, LLC | 7100-000 | $5,260.13 | $0.00 | $0.00 | $0.00 |
| Sams Club | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| Sarah Banco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Scott Bergstrom | 7100-000 | $49.45 | $0.00 | $0.00 | $0.00 |
| ServiceMaster | 7100-000 | $28,130.87 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Clean | | | | | |
| Shane Overla | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sherry Bohanna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stanley Jackson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stephan Ogden | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sterling Staffing Services, Inc. | 7100-000 | $1,267.21 | $0.00 | $0.00 | $0.00 |
| Sub Zero Hearing & Air Conditioning | 7100-000 | $955.00 | $0.00 | $0.00 | $0.00 |
| Summerwynd Apartments | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sunbelt Rentals | 7100-000 | $254.35 | $0.00 | $0.00 | $0.00 |
| Syncb/banana Rep | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tamara Pleskach | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Andersons | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| Thelma Tippett | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thomas Walker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tim & Angela Schaub | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Time Warner | 7100-000 | $262.64 | $0.00 | $0.00 | $0.00 |
| TNT Equipment Co. | 7100-000 | $3,484.32 | $0.00 | $0.00 | $0.00 |
| Todd & Amy Kerin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tracy Hartshorn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tracy Owens | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tracy Shoemaker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Two Sons, Inc. | 7100-000 | $144.80 | $0.00 | $0.00 | $0.00 |
| Wanda Petty | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Waterworks | 7100-000 | $246.00 | $0.00 | $0.00 | $0.00 |
| Wayne Schumaker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Western Reserve Group | 7100-000 | $478.00 | $0.00 | $0.00 | $0.00 |
| William Matlock | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| William O'Malley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wilma Elmore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Worthinglen Condo Association | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wrist Engineering Co. | 7100-000 | $878.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $747,975.11 | $485,145.58 | $444,765.90 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

Case 2:15-bk-53073  Doc 83  Filed 10/18/17  Entered 10/18/17 16:27:31  Desc
Page 14 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 15-53073-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | Date Filed (f) or Converted (c): | 05/08/2015 (f) |
| For the Period Ending: | 10/17/2017 | §341(a) Meeting Date: | 06/16/2015 |
| | | Claims Bar Date: | 08/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand In Debtor's Possession | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank-Checking In Debtor's Possession | $1,939.46 | $1,939.46 | | $128.83 | FA |
| Asset Notes: | Trustee to Collect. | | | | | |
| 3 | Accounts Receivable (Including Mechanics Liens) In Debtor's Possession | $212,191.40 | $11,517.98 | | $11,517.98 | FA |
| Asset Notes: | Trustee is uncertain as to how much is collectible, however effort will be made to collect. | | | | | |
| 4 | Insurance Claim Reimbursement of Kelly L. Stafford Sr Deductible $1,000.00 In Debtor's Possession | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2003 Ford F-250 Superduty Pickup (Free & Clear) 140k Miles (Not Road Worthy) In Debtor's Possession | $1,000.00 | $0.00 | | $1,500.00 | FA |
| Asset Notes: | Trustee to determine value. Value is $1,500.00 | | | | | |
| 6 | 2014 Kia Soul (Hyundai of America) 10k Miles/Lease In Debtor's Possession | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee to reject lease on this vehicle. | | | | | |
| 7 | Office Equipment & Supplies (Replacement Cost) In Debtor's Possession | $19,921.00 | $3,500.00 | | $3,500.00 | FA |
| Asset Notes: | Value to be determined. | | | | | |
| 8 | Construction Equipment & Supplies (Replacement Cost) In Debtor's Possession | $40,130.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Value to be determined. The tool cast in Asset 10 is part of this, and probably is the only asset for liquidation. | | | | | |
| 9 | Insurance Proceeds. (u) | $0.00 | $1,103.02 | | $1,103.02 | FA |
| Asset Notes: | Insurance proceeds relating to customers Michael & Amy Yoakum | | | | | |
| 10 | 2003 ToolCat, and hauling trailer. (u) | $0.00 | $22,100.00 | | $22,100.00 | FA |
| 11 | Insurance Company Anthem refund to Company. (u) | $0.00 | $3,052.51 | | $3,052.51 | FA |
| Asset Notes: | Refund | | | | | |
| 12 | Foreclosure Proceeds. Woods Cove III VS. Felix Martinez ET AL (u) | $0.00 | $9,016.76 | | $9,016.76 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 15-53073-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | Date Filed (f) or Converted (c): | 05/08/2015 (f) |
| For the Period Ending: | 10/17/2017 | §341(a) Meeting Date: | 06/16/2015 |
|  |  | Claims Bar Date: | 08/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

| | $276,181.86 | $52,229.73 | | $51,919.10 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/30/2016   Trustee filed final Tax Return for the estate in May, 2016. Fee Application filed for accountant in June, 2016. After Order is received, final payment will be made to Tony Hoskinson for Accounting services. Payment to be made in July, 2016. Trustee expects to file TFR in August or September, 2016.

06/30/2015   Trustee is hiring Kegler,Brown,Hill & Ritter to help liquidate the remaining assets of company. Kegler filed a Motion for Turnover in June, 2015 regarding checking account funds. Trustee viewed the office furniture, and inventory in June, 2015, and will hire an auctioneer in July, 2015. The accounts recievable is being analyzed by Kegler, and the Trustee as to collectability, and action to collect will commence in July, 2015. Trustee hopes to file a TFR March, 2016, depending on the accounts receivable, and potential litigation.

Initial Projected Date Of Final Report (TFR):   03/01/2016     Current Projected Date Of Final Report (TFR):   09/15/2016     /s/ CLYDE C. HARDESTY
                                                                                                                                                    CLYDE C. HARDESTY

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-53073-CKP | | | Trustee Name: | Clyde C. Hardesty |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3644 | | | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | George Thomas Contractors |
| For Period Beginning: | 5/8/2015 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/17/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2015 | (3) | Charlotte A Murnane | | 1121-000 | $70.42 | | $70.42 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.02 | $70.40 |
| 09/04/2015 | (3) | Michele Bowling | Accounts Receivable | 1121-000 | $547.56 | | $617.96 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.05 | $616.91 |
| 10/05/2015 | (2) | Chase Bank | checking Account Funds | 1129-000 | $9.76 | | $626.67 |
| 10/05/2015 | (2) | Chase Bank | Checking Account funds. | 1129-000 | $119.07 | | $745.74 |
| 10/05/2015 | (5) | George Thomas | Pickup Equity | 1129-000 | $1,500.00 | | $2,245.74 |
| 10/05/2015 | (9) | State Farm Insurance | Insurance Proceeds | 1229-000 | $1,103.02 | | $3,348.76 |
| 10/14/2015 | (10) | Jake Thomas | Purchase of Tool Cat, and Hauling Trailer | 1229-000 | $22,100.00 | | $25,448.76 |
| 11/02/2015 | (3) | Kenney Sue Sharon | Repayment of loan from principal's brother | 1121-000 | $6,400.00 | | $31,848.76 |
| 11/02/2015 | (7) | George Thomas | Purchase of remaining Equipment, and Supplies. | 1129-000 | $3,500.00 | | $35,348.76 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $24.97 | $35,323.79 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $54.15 | $35,269.64 |
| 12/30/2015 | (3) | Edward Saraniero | Settlement of Receivable | 1121-000 | $4,500.00 | | $39,769.64 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $57.16 | $39,712.48 |
| 01/14/2016 | 5001 | Tony W. Hoskinson CPA | Accounting Fees pursuant to Court Order. | 3410-000 | | $1,500.00 | $38,212.48 |
| 01/14/2016 | 5002 | Tim Reed | Cost to pick up, and store Bobcat Loader | 2420-000 | | $250.00 | $37,962.48 |
| 01/26/2016 | (11) | Community Insurance Company | Insurance Premium refund. | 1229-000 | $3,052.51 | | $41,014.99 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $63.89 | $40,951.10 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $61.80 | $40,889.30 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $66.00 | $40,823.30 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $63.77 | $40,759.53 |
| 05/12/2016 | 5003 | Nancy Willis | Special Counsel Fees | 3210-600 | | $2,500.00 | $38,259.53 |
| 05/12/2016 | 5004 | Nancy Willis | Expenses Special Counsel | 3220-610 | | $22.54 | $38,236.99 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $63.82 | $38,173.17 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $59.63 | $38,113.54 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $61.53 | $38,052.01 |
| 08/16/2016 | 5005 | Tony Hoskinson | Accounting Fees | 3410-000 | | $1,850.00 | $36,202.01 |
| | | | **SUBTOTALS** | | **$42,902.34** | **$6,700.33** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-53073-CKP | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3644 | | | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | George Thomas Contractors |
| For Period Beginning: | 5/8/2015 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/17/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $60.46 | $36,141.55 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $56.46 | $36,085.09 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $58.25 | $36,026.84 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $56.28 | $35,970.56 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $58.06 | $35,912.50 |
| 01/13/2017 | (12) | Franklin County Sherriff's Office | Foreclosure Proceeds | 1229-000 | $9,016.76 | | $44,929.26 |
| 03/09/2017 | 5006 | Kegler,Brown, Hill & Ritter | Attorney Fees | 3210-000 | | $29,553.00 | $15,376.26 |
| 03/09/2017 | 5007 | Kegler,Brown, Hill & Ritter | Attorney Expenses | 3220-000 | | $1,171.43 | $14,204.83 |
| 03/15/2017 | 5008 | Clyde C. Hardesty | Trustee Compensation | 2100-000 | | $5,845.96 | $8,358.87 |
| 03/15/2017 | 5009 | Clyde C. Hardesty | Trustee Expenses | 2200-000 | | $422.24 | $7,936.63 |
| 03/15/2017 | 5010 | Scott Bergstrom | | 5300-000 | | $2,229.17 | $5,707.46 |
| 03/15/2017 | 5011 | Internal Revenue Service | | 5800-000 | | $1,395.88 | $4,311.58 |
| 03/15/2017 | 5012 | Regional Income Tax Agency | | 5800-000 | | $33.86 | $4,277.72 |
| 03/15/2017 | 5013 | Ohio Department of Job & Family Services | | 5800-000 | | $778.11 | $3,499.61 |
| 03/15/2017 | 5014 | Ohio Department of Taxation | | 5800-000 | | $290.63 | $3,208.98 |
| 03/15/2017 | 5015 | Ohio Bureau of Workers' Compensation | | 5800-000 | | $2,540.07 | $668.91 |
| 03/20/2017 | | IRS | SS payment | 5300-000 | | $179.68 | $489.23 |
| 03/20/2017 | | IRS | Medicare payment | 5300-000 | | $42.02 | $447.21 |
| 03/20/2017 | | IRS | Federal Income Tax payment | 5300-000 | | $280.39 | $166.82 |
| 03/20/2017 | 5008 | VOID: Clyde C. Hardesty | | 2100-003 | | ($5,845.96) | $6,012.78 |
| 03/20/2017 | 5016 | State of Ohio | State payment | 5300-000 | | $94.37 | $5,918.41 |
| 03/20/2017 | 5017 | City of Columbus | City of Columbus tax | 5300-000 | | $72.45 | $5,845.96 |
| 03/20/2017 | 5018 | Clyde C. Hardesty | Trustee Compensation | 2100-000 | | $5,845.96 | $0.00 |
| 07/17/2017 | | IRS | SS payment | 5300-000 | | ($179.68) | $179.68 |
| 07/17/2017 | | IRS | Medicare payment | 5300-000 | | ($42.02) | $221.70 |
| 07/17/2017 | | IRS | Federal Income Tax payment | 5300-000 | | ($280.39) | $502.09 |

| | | | | SUBTOTALS | $9,016.76 | $44,716.68 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-53073-CKP | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3644 | | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | George Thomas Contractors |
| For Period Beginning: | 5/8/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/17/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2017 | 5019 | Internal Revenue Service | Social Security-179.68 Medicare-42.02 Fed Tax-280.39 | * | | $502.09 | $0.00 |
| | | | Social Security $(179.68) | 5300-000 | | | $0.00 |
| | | | Medicare $(42.02) | 5300-000 | | | $0.00 |
| | | | Fed Tax $(280.39) | 5300-000 | | | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $51,919.10 | $51,919.10 $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal | $51,919.10 | $51,919.10 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $51,919.10 | $51,919.10 |

| For the period of 5/8/2015 to 10/17/2017 | | For the entire history of the account between 08/24/2015 to 10/17/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $51,919.10 | Total Compensable Receipts: | $51,919.10 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $51,919.10 | Total Comp/Non Comp Receipts: | $51,919.10 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51,919.10 | Total Compensable Disbursements: | $51,919.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,919.10 | Total Comp/Non Comp Disbursements: | $51,919.10 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 15-53073-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | GEORGE THOMAS CONTRACTOR, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3644 | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | Account Title: | George Thomas Contractors |
| For Period Beginning: | 5/8/2015 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $51,919.10 | $51,919.10 | $0.00 |

**For the period of 5/8/2015 to 10/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $51,919.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $51,919.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51,919.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,919.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/08/2015 to 10/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $51,919.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $51,919.10 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51,919.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,919.10 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CLYDE C. HARDESTY
_____

CLYDE C. HARDESTY